No. 96–5110. MOATS v. WHITE, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 96–5111. MARKS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–5112. MUNSON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–5113. MEJORADO-SOTO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5114. NOLTIMIER v. MINNESOTA ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–5115. KIRBY v. DAVIS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–5116. KASHANNEJAD v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 96–5117. MAINS v. HALL ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–5118. JOHNSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–5119. WEBER v. ERICKSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 96–5121. LEAPHART v. PETERSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–5122. AYEBOUA v. DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–5123. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5125. RODRIQUEZ v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 96–5126. SCHMIDT ET UX. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.